## BAKER ET AL. *v.* TOWN OF SULPHUR SPRINGS.

[No. 22,990. Filed December 13, 1916.]

From Henry Circuit Court; *Willis S. Ellis*, Special Judge.

Action by John A. Baker and others against the town of Sulphur Springs. From a judgment for defendant, the plaintiffs appeal. *Affirmed.*

*Forkner & Forkner*, for appellants.
*Barnard & Brown*, for appellee.

SPENCER, J.—This appeal presents for our consideration the same questions of law which were passed on by this court in the case of *Haskett* v. *Town of Sulphur Springs* (1916), *ante* 315 , 114 N. E. 33, and there decided adversely to the contention of appellants herein. On the authority of that decision, the judgment of the trial court in this case must be and is affirmed.